FILED
Statesville, NC

JUN 17 2026

# UNITED STATES DISTRICT COURT

Clerk, US District Court
Western District of NC

for the

Western District of North Carolina

Statesville Division

Case No. 5:26 cv 135

_(to be filled in by the Clerk's Office)_

Henry Albert Jones

_____
Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

assoc. Alexander Correctional Institution
warden - Ms. Amy Jenkins
Unit mgr - Mr. Parrish - (Blue Unit)
Prog. Supervisor - Mr. Rohlfing -
Mental Health social Worker -

_____
Defendant(s)
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Henry Albert Jones

All other names by which you have been known: — N/A

ID Number — 1650597

Current Institution — 633 Old landfill Rd
Alexander Correctional Institution

Address — Taylorsville    NC    28681
   *City*       *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — Amy Jenkins

Job or Title *(if known)* — Assoc. Warden of Programs II

Shield Number — Unknown

Employer — Alexander Correctional Institution

Address — 633 Old landfill Rd
Taylorsville    NC    28681
   *City*       *State*    *Zip Code*

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name — Mr. Farrish

Job or Title *(if known)* — Unit Supervisor

Shield Number — Unknown

Employer — Alexander Correctional Institution

Address — 633 Old landfill Rd
Taylorsville    NC    28681
   *City*       *State*    *Zip Code*

☑ Individual capacity   ☑ Official capacity

Case 5:26-cv-00135-FDW    Document 1    Filed 06/17/26    Page 2 of 11

Defendant No. 3

Name — Mr. RohLFing

Job or Title *(if known)* — Prog. Supervisor

Shield Number — unknown

Employer — Alexander Correctional Institution

Address — 633 Old land Fill Rd

Taylorsville          NC          28681

City          State          Zip Code

☑ Individual capacity          ☑ Official capacity

Defendant No. 4

Name — unknow

Job or Title *(if known)* — Mental Health Social Worker

Shield Number — Unknown

Employer — Alexander Correctional Institution

Address — 633 Old land Fill Rd

Taylorsville          NC          28681

City          State          Zip Code

☑ Individual capacity          ☑ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ADA & 8th amendment Rights

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

they were all in the supposeded chain that the
ADA request was supposed to go thru. this is part
of their job, they are all responsible

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*  _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.




B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

It started when I arrived at OK.CI. on 3-30-2036
I was told by my case worker to fill out another (3rd one) ADA DC-746
form, so I did and turned it in to Rohlfing

C. What date and approximate time did the events giving rise to your claim(s) occur?

3-30-26, 4-16-2026 and 5-16-2026 and I appealed the responce on 5-28-2026

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have been totally disableed in the outside and I have been trying to get the ADA DC-746 done here so I can have a better Room & bed. this short toilet & thin Mat on the bed are hurting me More & more every day and all I get for pain is tylenol & Meloxicam

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I'm not sure how much futher advanced my back problem are, but it feels like it is a lot worse. IT hurts more than ever. I'm supposed to be getting an Operation, soon so they all know of my Problems.
I have 5 pinched nerves, Multiple sclerosis, missing 7 & 8 disc's in my lower back, the Veretbra are fusing together and leaking spinal Fluid and because of the nerves I have neuropthy in my legs

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$1,000,000 $\frac{00}{100}$ For the damage done because of the non-handicapp Room & bed
$1,000,000 $\frac{00}{100}$ For pain & suffering
$2,000,000 $\frac{00}{100}$ million dollars

Case 5:26-cv-00135-FDW     Document 1     Filed 06/17/26     Page 5 of 11

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Alexander Correctional Institution

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

ADA & 8th amendment Rights

Case 5:26-cv-00135-FDW   Document 1   Filed 06/17/26   Page 6 of 11

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[✓] Yes

[ ] No

E.      If you did file a grievance:

1.      Where did you file the grievance?

at Alexander Correctional Institution

2.      What did you claim in your grievance?

I wanted to Know why the ADA DC-746 Form that I Filled out was still Not awnsered as of 6-10-2026 (now it's 72 days Old — 12 days past the alloted time

3.      What was the result, if any?

I was told that the DC-746 went through the proper channels but that it was out of their Hands now. ITs not supposed To take but 45 days to awnser, unless an extension is Requested and it was not, but even with one it's supposed to be done in 60 days

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I did appeal and as of 6-10-26 still no awnser as to why its taking so long, which puts it at 12 days over

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   N/A

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I try to wait until the 45 days, but I did write 1 grievance early, but after the 47 day old DC-746 is when I wrote the next one and its as of 6-10-26 22 days old

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* see exhibit's 1 — 17

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Case 5:26-cv-00135-FDW    Document 1    Filed 06/17/26    Page 8 of 11

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) Henry Albert Jones

Defendant(s) Central Prision,

2. Court *(if federal court, name the district; if state court, name the county and State)*

Eastern District

3. Docket or index number

5:26-CT-03149-BO

4. Name of Judge assigned to your case

Do not Know

5. Approximate date of filing lawsuit

I received a docket # on 5-28-2026

6. Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

 Yes

Case 5:26-cv-00135-FDW     Document 1     Filed 06/17/26     Page 9 of 11

☑ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A   Henry Albert Jones

Defendant(s)    N/A   Central Prision, CO    Ben Mar (something
                                             He is a foreigner)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A   Eastern District

3.    Docket or index number

N/A   # 5:26-CT-3112-D)

4.    Name of Judge assigned to your case

N/A   Unknown

5.    Approximate date of filing lawsuit

N/A   I received the docket# on 4-14-2026

6.    Is the case still pending?

☑ Yes

☒ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-10-26

Signature of Plaintiff

Printed Name of Plaintiff Henry Albert Jones

Prison Identification # 1650597

Prison Address 633 Old landfill Rd

Taylorsville     NC     28681

           *City*         *State*        *Zip Code*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

           *City*         *State*        *Zip Code*

Telephone Number

E-mail Address